# EXHIBIT #1

FaxTransmittal    7/30/2013 2:54:04 PM  PAGE   5/008   Fax Server
07/30/2013 15:06  FAX 3046828789      NATIONWIDE INSUR              ☒04

## IN THE CIRCUIT COURT OF WYOMING COUNTY, WEST VIRGINIA

KENNETH "BUTCH" WARNER,                                  PLAINTIFF,

vs.                    CASE NO. 13-C-__79__

TOWN OF PINEVILLE,                                       DEFENDANT.

### COMPLAINT

Comes now Kenneth "Butch" Warner, by counsel, and for his complaint he states, avers and says the following:

1. That this is an action to vindicate violations of the Plaintiff's civil rights and to redress the unlawful and discriminatory conduct and employment practices of the Defendant. This action arises from the unlawful and wrongful discharge and treatment of the Plaintiff. The Plaintiff alleges *inter alia* that he was terminated from his employment, and targeted for unfair treatment based, in whole or in part, upon his race in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 USC Sections 2000e et seq., and the Civil Rights Act of 1866, as amended by the Civil Rights Restoration Act of 1991, 42 USC Section 1981, in violation of the Statutory and Common Law of the State of West Virginia, and in violation of the 5th and 14th Amendments to the United States Constitution, and in violation of terms and conditions imposed to prevent race based discrimination in the West Virginia Constitution and the West Virginia Human Rights Act.

FaxTransmittal 07/30/2013 15:06 FAX 3046826789 7/30/2013 2:54:04 PM PAGE 6/008 NATIONWIDE INSUR Fax Server @05

2. That he is an adult resident of Wyoming County, West Virginia, now and was at all times referenced herein

3. That he is of African-American heritage and descent, which is a protected class, known historically to be the subject of racial discrimination; furthermore, he was an employee of the Town of Pineville, within the meaning and definitions of the statutes cited herein above and case law.

4. That the Town of Pineville employed him in a supervisor capacity for work crews in the Town of Pineville which consisted of other employees and which performed services deemed necessary for the Town of Pineville.

5. That he was terminated on or about May 25, 2011, by the Town of Pineville, based in whole or in part upon his race.

6. That, while an employee of the Town of Pineville, he was targeted for employee discipline, drug testing and otherwise given negative treatment leading to his termination based upon his race.

7. That while serving in his supervisory capacity, your Plaintiff reported racial slurs made by subordinates to the Mayor and members of the town council. The subordinate was not disciplined, or counseled, and the racial slurs persisted. Your Plaintiff was antagonized, humiliated, and otherwise injured by the Town of Pineville, through its mayor and

FaxTransmittal    7/30/2013 2:54:04 PM  PAGE    7/008    Fax Server
07/30/2013 15:06  FAX 3048828789          NATIONWIDE INSUR                    ☒06

counsel failing to control racial epithets and statements made by other town employees even after the same had been reported to the Town of Pineville.

8. Your Plaintiff received disparate treatment, with respect to drug testing, supervision, discipline, work schedules, work assignments, and the like, base in whole or in part upon his race.

9. The Town of Pineville, when acting to terminate your Plaintiff's employment, and when taking other actions with respect to his employment circumstances, often convened and acted outside the presence of the Town's only elected counsel member of African American descent, further evidencing that such actions were taken based, in whole or in part, upon unlawful and discriminatory consideration of Plaintiff's race.

10. That the Town of Pineville violated provisions of its own procedures, handbooks and guidelines with respect to the disparate treatment of your Plaintiff based, in whole or in part, upon his race.

11. Your Plaintiff was humiliated, caused to suffer public embarrassment, caused to suffer the historical discrimination of his race, and otherwise caused aggravation, psychological distress and anxiety as a result of the racial discrimination complained of herein.

12. Your Plaintiff lost a job, lost wages, lost supervisory privileges, and otherwise was cost economic and status damages as a result of the discriminatory practices complained of

FaxTransmittal            7/30/2013 2:54:04 PM    PAGE    8/008    Fax Server
07/30/2013 15:06   FAX 3046828789          NATIONWIDE INSUR                    ☒07

herein. He suffered humiliation in the view of his community, friends and family. He suffered private humiliation as well due to the unlawful and discriminatory discharge and treatment alleged herein.

13. He lost wages, seniority, and work opportunities due to the unlawful and discriminatory discharge and treatment alleged herein.

14. That the Town of Pineville, through its agents, employees, mayor and council committed acts outrageous to the ordinarily reasonable and prudent person.

WHEREFORE, your Plaintiff prays that he be awarded compensatory damages against the Town of Pineville, punitive damages against the Town of Pineville, and special damages including front pay, reinstatement, and lost wages incurred. General damages for the tort of outrage, discrimination, anxiety, mental and emotional distress, humiliation, anxiety, and loss of opportunities, together with statutory damages. All with prejudgement and post-judgement interest at allowable rates.

KENNETH WARNER
By Counsel

Timothy P. Lupardus (6252)
PO Box 1680
Pineville, WV 24874

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305



9171 9237 9000 1000 9245 09



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

| | |
|---|---:|
| ControlNumber: | 361652 |
| Defendant: | Town of Pineville |
| County: | 55 |
| | 7/25/2013 |
| Civil Action: | 13-C-79 |

Town of Pineville
Tom Ellison, Mayor
PO Box 220
Pineville WV 24874

I am enclosing:

| | | |
|---|---|---|
| _____ summons | _____ affidavit | __1__ summons and complaint |
| _____ notice | _____ answer | _____ summons and verified complaint |
| _____ order | _____ cross-claim | _____ summons and amended complaint |
| _____ petition | _____ counterclaim | _____ 3rd party summons and complaint |
| _____ motion | _____ request | _____ notice of materialmans lien |
| _____ suggestions | _____ notice to redeem | _____ notice of mechanic's lien |
| _____ interrogatories | _____ request for production | _____ re-issue summons and complaint |
| _____ discovery | _____ request for admissions | _____ subpoena duces tecum |
| _____ suggestee execution | _____ notice of uim claim | _____ Other |
| _____ subpoena | _____ writ | |
| _____ stipulation | _____ writ of mandamus | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the Secretary of State's office.*

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

SUMMONS

CIRCUIT COURT OF WYOMING COUNTY

KENNETH "BUTCH" WARNER                                        PLAINTIFF

Vs.                                             Civil Action No. : 13-C-79

TOWN OF PINEVILLE                                             DEFENDANT

To The Above Named Defendant (s):

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon ___Timothy P. Lupardus___ Attorney for the plaintiff (s), whose address is ___P.O. Box 1680 Pineville, WV 24874___ an answer or other defense, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer or other defense within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counter claim in the above styled civil action.

Given under my hand this __24__ day of __MAY__, 20__13__

_____
Clerk of said Circuit Court